

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2019

No. 04-18-00949-CV

**IN THE INTEREST OF J.C.R., A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02916
Honorable Richard Garcia, Judge Presiding

# O R D E R

In this accelerated appeal of the November 26, 2018 order terminating appellant Mom's parental rights, Appellant's brief is due to be filed with this court on January 22, 2019. *See* TEX. R. APP. P. 38.6(a). Before the due date, the ad litem filed a motion for a fourteen-day extension of time to file the ad litem's brief.

The ad litem's motion is GRANTED; the brief is due on February 5, 2019. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court